### BILLY FRANKLIN RUSSELL v. HAZEL WHITE.

#### (Filed 30 October 1963.)

APPEAL by plaintiff from *Gambill, J.*, April Civil Session 1963 of DAVIDSON.

This is a civil action instituted by the plaintiff to recover damages for property loss and personal injuries alleged to have been caused by the negligent acts of the defendant's son while operating a family purpose automobile.

The collision occurred on 6 February 1962 about 8:50 a.m. at the intersection of Cox Avenue and Burton Streets in the City of Thomasville, North Carolina. The plaintiff was traveling east on Burton Street and the defendant's son was driving her car north on Cox Avenue. Defendant's son entered the intersection on plaintiff's right.

The defendant answered and denied negligence, pleaded contributory negligence, and set up a counterclaim against the plaintiff for certain medical expenses incurred by passengers in the defendant's automobile and for property damages to her automobile.

At the close of plaintiff's evidence the court allowed defendant's motion for judgment as of nonsuit and proceeded to hear the defendant's evidence on the counterclaim.

The jury returned a verdict in favor of the defendant, and from the judgment entered on the verdict the plaintiff appeals, assigning error.

*Wilson & Saintsing for plaintiff appellant.*
*Deal, Hutchins & Minor for defendant appellee.*

PER CURIAM. The sole assignment of error is to the ruling of the court below in sustaining the defendant's motion for judgment as of nonsuit at the close of plaintiff's evidence.

A careful review of the evidence leads us to the conclusion that the ruling of the court below was proper and should be sustained.

Affirmed.